IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNETTE A. DiBRITO, | : |
| Plaintiff | : CIVIL ACTION NO 1:08-CV-2308 |
| v. | : |
| | : Honorable Christopher C. Conner |
| HARRISBURG AREA COMMUNITY COLLEGE, EDNA V. BAEHRE, Ph. D., and WINIFRED BLACK, Ed. D., | : |
| Defendant | : |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS BAEHRE AND BLACK

COMES NOW, Plaintiff Lynette A. DiBrito, by counsel, and in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure voluntary dismisses, with prejudice, the claims she has asserted in the captioned matter against Defendants Edna V. Baehre, Ph. D. and Winifred Black, Ed. D.

Respectfully submitted,

*John M. Kerr*
John M. Kerr, Esquire
Attorney ID #26414
Law Office of John M. Kerr, Esquire
5020 Ritter Road
Suite 109
Mechanicsburg, PA 17055
(717) 766-4008
(717) 766-4066 (fax)

        kerrlaw@comcast.net
          Attorney for Plaintiff Lynette
          A. DiBrito

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing, Plaintiff's Voluntary Dismissal of Claims against Defendants Baehre and Black, was filed electronically and is available for viewing and downloading on the Court's CM/ECF system this ___18th___ day of February 2009.

                                     Jennifer Craighead, Esq.
                                     jcraighead@barley.com
                                     David J. Freedman, Esq.
                                     dfreedman@barley.com
                                     Barley Snyder LLC
                                     126 East King Street
                                     Lancaster, PA 17602
                                     (717) 299-5201
                                     (717) 291-4660 (fax)

Attorneys for Defendants Harrisburg Area Community College, Edna Baehre, Ph. D., and Winifred Black, Ed. D.

                                     _____/s/ John M. Kerr_____
                                     John M. Kerr, Esquire
                                     Attorney ID #26414
                                     Law Office of John M. Kerr, Esquire
                                     5020 Ritter Road
                                     Suite 109
                                     Mechanicsburg, PA 17055
                                     (717) 766-4008
                                     (717) 766-4066 (fax)
                                     kerrlaw@comcast.net
                                             Attorney for Plaintiff Lynette A. DiBrito