

Law Office of
**John M. Kerr**

John M. Kerr, Esquire
Heather S. Clouser, Paralegal

November 24, 2009

<u>VIA ECF</u>

The Honorable Christopher C. Conner
United States District Court Judge
Federal Building & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17108

        Re: <u>DiBrito v. Harrisburg Area Community College</u>
            No. 1:08-CV-2308

Dear Judge Conner:

    As you have been made aware, the parties engaged in mediation yesterday pursuant to your appointment of Vincent Candiello, Esq. but, unfortunately, failed to settle the case.

    On September 9, 2009, you originally entered your Order, staying the completion of discovery until mediation could be completed. You asked that I report back to you after mediation. As of the date of your Order, there were three weeks remaining until the close of discovery. The deposition of Edna Baehre, President of Harrisburg Community College, had been noticed but, as a result, was not taken.

    Because of the holidays and the fact that few dates remain open in my December calendar, Plaintiff would respectfully request that the discovery deadline be reset to some point in January, 2010, with the remainder of the dates in your original Case Management Order also rescheduled.

    Thank you for your consideration of this request.

                                      Respectfully yours,

                                      John M. Kerr

cc: Jennifer Craighead, Esq. (via ECF)
    David Freedman, Esq. (via ECF)