

Law Office of **John M. Kerr**

John M. Kerr, Esquire
Heather S. Clouser, Paralegal

March 30, 2010

<u>VIA ECF</u>

The Honorable Christopher C. Conner
United States District Court Judge
Federal Building & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17108

        Re: <u>DiBrito v. Harrisburg Area Community College</u>
          No. 1:08-CV-2308

Dear Judge Conner:

  I am pleased to inform you that the parties in the above-captioned matter have resolved their dispute and have entered into a comprehensive written settlement agreement.

  The purpose of my letter is to request that the Court enter an appropriate Order discontinuing this matter with prejudice.

  Thank you for your attention to this matter. Please let me know if you require any further information.

                Respectfully yours,

                *John M. Kerr*
                John M. Kerr

cc: Jennifer Craighead, Esq. (via ECF)
   David Freedman, Esq. (via ECF)